# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

CDJ

| | | |
|---|---|---|
| Lloyd | : | CIVIL ACTION |
| v. | : | |
| The Children's Hospital of Philadelphia, et. al. | : | NO. 19 2775 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (☒)

| JUN 24 2019 | _Dan McGrath_ (signature) | |
|---|---|---|
| Date | Deputy Clerk | Attorney for |

| | | |
|---|---|---|
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**19 2775**

CDJ

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __409 S. Lenzner Avenue, Apt. 4105, Sierra Vista, AZ 85635__

Address of Defendant: _____

Place of Accident, Incident or Transaction: __Philadelphia__

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __06/24/2019__    *Daniel McC____*                    _____
                        *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A. Federal Question Cases:**
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ✓ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    *(Please specify)* _____

**B. Diversity Jurisdiction Cases:**
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify)*: _____
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
    *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record or pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE _____    _____                    _____
                       *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

Civ. 609 (5/2018)

CDJ

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

Nazjah T Lloyd

_Full name(s) of Plaintiff(s)_

v.

The Children's Hospital of Philadelphia, Vencina Newsome, Robert Silverstein,

_Full name(s) of Defendant(s)_ John Kanzleiter

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

CIVIL ACTION NO. **19** **2775**

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

___ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev 10/2009)

-1-

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

### I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Nazjah T Lloyd
Street Address: 409 S Lenzner ave Apt 4105
County, City: Cochise County, Sierra Vista
State & Zip: AZ 85635
Telephone Number: 267-615-7559

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant
Name: The Children's Hospital of Philadelphia
Street Address: 3401 Civic Center Blvd
County, City: Philadelphia
State & Zip: PA 19104
Telephone Number:

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer: The Children's Hospital of Philadelphia
Street Address: 3401 Civic Center Blvd
County, City: Philadelphia
State & Zip: PA 19104
Telephone Number: 215 590 1000

### II. Statement of the Claim

A. The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

___ Failure to hire me

___ Termination of my employment

___ Failure to promote me

-2-

Parties in this Complaint

Defendant(s)

Name: Vencina Newsome
Street Address: 2 Excell Ln
County, City: Willingboro
State & Zip: NJ, 08046


Name: Robert Silverstein
Street Address: 402 S Cranford Rd
County, City: Cherry Hill
State & Zip: NJ, 08003

Name: John Kanzleiter
Street Address: 127 W Thomas Ct
County, City: Kennett Square
State & Zip: PA, 19348

\_\_\_\_ Failure to reasonably accommodate my disability

\_\_\_\_ Failure to reasonably accommodate my religion

✓ Failure to stop harassment

\_\_\_\_ Unequal terms and conditions of my employment

✓ Retaliation

✓ Other (specify): Constructive Termination

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) April, (day) 30, (year) 2018.

C. I believe that the defendant(s) (check one):

\_\_\_\_ is still committing these acts against me.

✓ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

\_\_\_\_ race _____  \_\_\_\_ color _____

\_\_\_\_ religion _____  ✓ gender/sex F

\_\_\_\_ national origin _____

\_\_\_\_ age   My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E. The facts of my case are as follow (*attach additional sheets of paper as necessary*):

I made a verbal complaint to my supervisor Vencina Newsome about her preferential treatment of male employees and the undue burden placed on me by not rotating the assignment schedule fairly. In response, I was threatened with write-ups for insubordination, and the hostility began. I reported the issues to my director Robert Silverstein and asked to be switched off her shift because I felt things would get worse. I was told the schedule don't have to be rotated fairly, there are no positions off the shift, and ignore people around me.

-3-

`E. The facts of my case follow:

My Coworkers knew of every conversation I had with management, began to isolate me and conspire to get me fired. I filed complaints with the compliance hotline, hr representative John Kanzleiter, and the VP of the department Joni Rittler, but the situation only got worst. Vencina fixed males lateness, gave overtime, preferred lunch times and work assignments, and shared private conversations that took place in management office. Vencina also constantly belittled and humiliated other female employees and me in the department instead of her office. I stopped being updated with meetings, coworkers, including the lead technician and union delegate Daniel Greenwood, began working against me and refused to help me with work related problems.

NOTE: *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

**III.**   **Exhaustion of Administrative Remedies:**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: **Feb 26, 2019** *(Date)*.

B.   The Equal Employment Opportunity Commission (*check one*):

   \_\_\_\_ has not issued a Notice of Right to Sue Letter.
   ✓ issued a Notice of Right to Sue Letter, which I received on **4/12/2019** *(Date)*.

NOTE: *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.   *Only plaintiffs alleging age discrimination must answer this question.*

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

   \_\_\_\_ 60 days or more have passed.
   \_\_\_\_ fewer than 60 days have passed.

D.   It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ *(Date)*.

E.   Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

   \_\_\_\_ One year or more has passed.
   \_\_\_\_ Less than one year has passed.

## IV. Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

    \_\_\_\_ Direct the defendant to hire the plaintiff.

    \_\_\_\_ Direct the defendant to re-employ the plaintiff.

    \_\_\_\_ Direct the defendant to promote the plaintiff.

    \_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    \_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's religion.

    ✓ Direct the defendant to (*specify*): Receive the appropriate training to avoid future situations.

    ✓ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

    \_\_\_\_ Other (*specify*): _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 19 day of June, 20 19.

Signature of Plaintiff  *Nayil J Hyl*
Address
    409 s Lenzner Ave
    APT 4105
    Sierra Vista, AZ
Telephone number  267-615-7559
Fax number (*if you have one*)

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Nazjah Lloyd<br>7731 Richard St<br>Philadelphia, PA 19152 | From: | Philadelphia District Office<br>801 Market Street<br>Suite 1300<br>Philadelphia, PA 19107 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2019-00820 | Legal Unit,<br>Legal Technician | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination. Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**, or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Jamie R. Williamson,
District Director

4/2/2019
*(Date Mailed)*

Enclosures(s)

cc: **Children's Hospital of Philadelphia**
**Abigail Flitter, Esq. (for Respondent)**