# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAZJAH T. LLOYD,**  *Plaintiff,*  v.  **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,**  *Defendant.* | **Case No. 2:19-cv-02775-JDW** |

## CIVIL JUDGMENT

**AND NOW**, this 2nd day of December, 2022, in accordance with the verdict of the jury, **JUDGMENT** is **ENTERED** in favor of Plaintiff Nazjah T. Lloyd, in the amount of $590,000, and against Defendant The Children's Hospital of Philadelphia. The Clerk of Court shall mark this matter closed for all purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.