IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAZJAH T. LLOYD,**  *Plaintiff,*  v.  **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,**  *Defendant.* | **Case No. 2:19-cv-02775-JDW** |

### ORDER

**AND NOW**, this 13th day of April, 2023, upon review of Defendant The Children's Hospital Of Philadelphia's Motion For Judgment As A Matter Of Law, A New Trial, And Remittitur (ECF No. 77), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as Follows:

1. CHOP's Motion is **GRANTED IN PART** and **DENIED IN PART**:

    a. CHOP's Motion For Judgment As A Matter Of Law on Ms. Lloyd's retaliation and retaliatory hostile work environment claims is **DENIED**;

    b. CHOP's Motion For A New Trial on Ms. Lloyd's retaliation and retaliatory hostile work environment claims is **DENIED**;

    c. CHOP's Motion To Remit Ms. Lloyd's compensatory damages award is **DENIED**; and

    d.  CHOP's Motion To Remit Ms. Lloyd's punitive damages award is **GRANTED**;

  2.  The Judgment entered in favor of Plaintiff Nazjah T. Lloyd on December 2, 2022 (ECF No. 68) is **VACATED**;

  3.  On or before April 21, 2023, Ms. Lloyd shall file a notice on the docket to inform the Court of whether she will accept a remitted damages award of $180,000 (consisting of $90,000 in compensatory damages and $90,000 in punitive damages) or whether she seeks a new trial in lieu of a remitted damage award; and

  4.  If Ms. Lloyd accepts a remitted damage award, then within seven days of her filing that election, CHOP shall file its objections, if any, to the fees Ms. Lloyd requests in her Motion For Attorneys' Fees (ECF No. 69).

              **BY THE COURT:**

              */s/ Joshua D. Wolson*
              JOSHUA D. WOLSON, J.